IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DERRICK ROSS,<br><br>    Plaintiff,<br><br>    v.<br><br>BASKETBALL TOWN, LLC; SACRAMENTO BASKETBALL TOWN, LLC; BARBARA HARDCASTLE, as an individual and as Trustee for the Hardcastle Trust; HARDCASTLE TRUST; NOTHING BUT NET, LLC dba BASKETBALL TOWN SPORTS AND EVENTS; KIM DENNIS; STEVEN FEICK dba ALDINO'S PIZZA; and DOES 1-50, inclusive,<br><br>    Defendants.<br>_____<br>SACRAMENTO BASKETBALL TOWN, LLC; and KIM DENNIS,<br><br>    Cross-Complainants,<br><br>    v.<br><br>BARBARA HARDCASTLE, as an individual and as Trustee for the Hardcastle Trust; HARDCASTLE TRUST; 21st CENTURY INVESTMENTS, INC.; and DOES 51-100, inclusive,<br><br>    Cross-Defendants.<br>_____ | 2:06-cv-2748-GEB-GGH<br><br>ORDER CONTINUING STATUS (PRETRIAL SCHEDULING) CONFERENCE |

1

1  On February 26, 2007, the parties that have appeared in this
2 action filed a Joint Status Report ("JSR") in which those parties
3 explain that "several defendants have not yet appeared" and "Cross-
4 Complainants . . . have not yet served [some of the] Cross-
5 Defendants." (JSR at 6.) Accordingly, the Status (Pretrial
6 Scheduling) Conference is rescheduled to commence at 9:00 a.m. on June
7 18, 2007. The parties shall file a JSR no later than fourteen days
8 prior to the status conference.[1]
9  IT IS SO ORDERED.
10 Dated:  March 7, 2007

              _____
              GARLAND E. BURRELL, JR.
              United States District Judge

---

[1] The failure of one or more of the parties to participate in the preparation of the JSR does not excuse the other parties from their obligation to timely file a status report in accordance with this Order. In the event a party fails to participate as ordered, the party timely submitting the status report shall include a declaration explaining why it was unable to obtain the cooperation of the other party or parties.

2