PAUL L. REIN, Esq. (SBN 43053)
JULIE A. OSTIL, Esq. (SBN 215202)
LAW OFFICES OF PAUL L. REIN
200 Lakeside Dr., Suite A
Oakland, CA 94612
(510) 832-5001

Attorneys for Plaintiff
DERRICK ROSS

EDWARD E. SIPES, Esq. (SBN 172453)
SHAWNA M. KASHACK, Esq. (SBN 224989)
CHRISTENSEN EHRET LLP
1730 "I" Street, Suite 240
Sacramento, CA 95814
(916) 443-6909

Attorneys for Defendants
BARBARA HARDCASTLE, Individually and as Trustee for the Hardcastle Trust;
HARDCASTLE TRUST; GREG HARDCASTLE; 21ST CENTURY INVESTMENTS, INC.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DERRICK ROSS,<br>    Plaintiff,<br>v.<br><br>SACRAMENTO BASKETBALL TOWN, LLC; BARBARA HARDCASTLE as an individual and as Trustee for the Hardcastle Trust, HARDCASTLE TRUST; GREG HARDCASTLE; 21ST CENTURY INVESTMENTS, INC.; KIM DENNIS; STEVEN FEICK dba ALADINO'S PIZZA; and DOES 1 through 50, Inclusive,<br>    Defendants.                  / | CASE NO. 2:06-CV-02748-GEB-GGH<br><br>Civil Rights<br><br>**CONSENT DECREE AND [PROPOSED] ORDER** |

## CONSENT DECREE AND ORDER

1.    Plaintiff DERRICK ROSS filed a First Amended Complaint in this action on June 26, 2007, to obtain personal injury damages and to enforce provisions of the Americans with Disabilities Act of 1990 ("ADA"), 42 U.S.C. §§ 12101 et seq., and California civil rights laws against Defendants, SACRAMENTO BASKETBALL TOWN, LLC; BARBARA HARDCASTLE as an individual and as Trustee for the Hardcastle Trust, HARDCASTLE TRUST; GREG HARDCASTLE; 21ST CENTURY INVESTMENTS, INC.; KIM DENNIS;

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

**Consent Decree and Order: Case No.
2:06-CV-2748 GEB/GGH**    — 1 —    G:\DOCS\GEB\DGEB2\ORDERS FOR SIGNATURE\basketball town consent decree w damages and e-signatures.DOC

1  STEVEN FEICK dba ALADINO'S PIZZA; and DOES 1-50, Inclusive; and DOES 1-50,
2  Inclusive, relating to the condition of their public accommodations as of May 6, 2006, and
3  continuing.  Plaintiff has alleged that Defendants violated Title III of the ADA and sections 51,
4  52, 54.1, and 55 of the California Civil Code, and sections 19955 *et seq.,* of the California
5  Health and Safety Code by failing to provide full and equal access to their facilities at the
6  Basketball Town Sports and Events facilities, including parking and paths of travel, at 11327
7  Folsom Blvd., Rancho Cordova, California.

8       2.     Defendants deny the allegations in the Complaint and by entering into this
9  Consent Decree and Order do not admit liability to any of the allegations in Plaintiff's
10 Complaint filed in this action.  The parties hereby enter into this Consent Decree and Order for
11 the purpose of resolving this lawsuit without the need for protracted litigation, and without the
12 admission of any liability.

13

14 **JURISDICTION:**

15      3.     The parties to this Consent Decree agree that the Court has jurisdiction of this
16 matter pursuant to 28 USC §1331 for alleged violations of the Americans with Disabilities Act
17 of 1990, 42 USC 12101 *et seq*. and pursuant to supplemental jurisdiction for alleged violations
18 of California Health & Safety Code §19955 *et seq*., including §19959; Title 24 California Code
19 of Regulations; and California Civil Code §§51; 52; 54; 54.1; §54.3; and 55.

20      4.     In order to avoid the costs, expense, and uncertainty of protracted litigation, the
21 parties to this Consent Decree agree to entry of this Order to resolve all claims regarding
22 injunctive relief and damages raised in the Complaint filed with this Court.  Accordingly, they
23 agree to the entry of this Order without trial or further adjudication of any issues of fact or law
24 concerning plaintiff's claims for injunctive relief or damages.

25      WHEREFORE, the parties to this Consent Decree hereby agree and stipulate to
26 the Court's entry of this Consent Decree and Order, which provides as follows:

27

28 ///

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

**Consent Decree and Order: Case No.
2:06-CV-2748 GEB/GGH**   − 2 −   G:\DOCS\GEB\DGEB2\ORDERS FOR SIGNATURE\basketball town consent decree w damages and e-signatures.DOC

**SETTLEMENT OF INJUNCTIVE RELIEF**:

5.      This Order shall be a full, complete, and final disposition and settlement of Plaintiff's claims against Defendants for injunctive relief and damages that have arisen out of the subject Complaint.  The parties agree that there has been no admission or finding of liability or violation of the ADA and/or California civil rights laws, and this Consent Decree and Order should not be construed as such.

6.      The parties agree and stipulate that the corrective work will be performed in compliance with the standards and specifications for disabled access as set forth in the California Code of Regulations, Title 24-2 and Americans with Disabilities Act Accessibility Guidelines, unless other standards are specifically agreed to in this Consent Decree and Order.

a)      <u>Remedial Measures</u>: The corrective work agreed upon by the parties is as follows:

   i.   **Parking and Exterior Paths of Travel:**  Defendants will provide code-compliant signage at all accessible parking spaces, and will provide code-compliant paths of travel from each accessible parking space to the primary entrance of the facility, including compliant slopes, cross-slopes, width of walkways, and ensuring that disabled persons do not have to travel behind any parked cars other than their own.

   ii.  **Entry Doors:**  Defendants will adjust the door closer so that the door requires no more than 5 lbs of pressure to open and will provide an uninterrupted 10" push plate on the push side of the entry door by removing any face-mounted objects from the bottom 10" of the door.

   iii. **Reception Counter:**  Defendants will provide a lowered portion of the front customer service counter which is at least 36" long and no more than 36" high

   iv.  **Restrooms:**  Defendants will provide accessible restrooms by doing the following:  install code-compliant signage; adjust door pressure to require no more than 5 lbs. of pressure to open; remove obstructions

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

Consent Decree and Order: Case No.
2:06-CV-2748 GEB/GGH           − 3 −           G:\DOCS\GEB\DGEB2\ORDERS FOR SIGNATURE\basketball town consent decree w damages and e-signatures.DOC

from bottom 10" of restroom entry doors; ensure that trash bins do not obstruct door landings or clear floor space for any dispensers; provide 18" of strike-edge clearance at accessible stalls by reversing the swing of the door where necessary; place all dispensers within code-compliant reach range (toilet paper dispenser within 12" of the front of the toilet, all other dispensers such as paper towels, soap, sanitary seat covers no more than 40" above the finished floor.)

    **v.**    **Mezzanine:** Defendants will provide vertical access to the mezzanine by means of a ramp, lift, or elevator in the event the mezzanine is opened to or utilized for public access or use.

b)    <u>Timing of Injunctive Relief</u>: Defendants will submit plans for all corrective work to the appropriate governmental agencies within 60 days of entry of this Consent Decree and Order by the court, will commence work within 30 days of receiving approval from the appropriate agencies, and will complete all work within 30 days of commencement. For work not requiring building permits, the work will be completed within 60 days of entry of this Consent Decree and Order by the court. In the event that unforeseen difficulties prevent defendants from completing any of the agreed-upon injunctive relief, defendants or their counsel will notify plaintiff's counsel in writing within 15 days of discovering the delay. Defendants or their counsel will notify plaintiff's counsel when the corrective work is completed, and in any case will provide a status report no later than 120 days from the entry of this Consent Decree.

## **DAMAGES**

7.    The parties have reached an agreement regarding plaintiff's claims for damages. Defendant shall transmit, no later than April 20, 2008, a check payable to "Paul L. Rein in Trust for Derrick Ross" in the amount of $10,000. This amount is allocated in full satisfaction of Plaintiff's claims for damages for personal injury, civil rights violations, and any other form

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

**Consent Decree and Order: Case No.
2:06-CV-2748 GEB/GGH**    – 4 –    G:\DOCS\GEB\DGEB2\ORDERS FOR SIGNATURE\basketball town consent decree w damages and e-signatures.DOC

of damages.

**ATTORNEY FEES, LITIGATION EXPENSES, AND COSTS:**

8. The parties have not reached an agreement regarding plaintiff's claims for attorney fees, litigation expenses and costs. These issues shall be the subject of further negotiation, litigation, and/or a motion to the Court.

**ENTIRE CONSENT ORDER**:

9. This Consent Decree and Order constitutes the entire agreement between the signing parties on the matters of injunctive relief and damages, and no other statement, promise, or agreement, either written or oral, made by any of the parties or agents of any of the parties, that is not contained in this written Consent Decree and Order, shall be enforceable regarding the matters described herein. This Consent Decree and Order applies to plaintiff's claims for injunctive relief and damages only and does not resolve plaintiff's claims for attorney fees, litigation expenses and costs, which shall be the subject of further negotiation and/or litigation.

**CONSENT ORDER BINDING ON PARTIES AND SUCCESSORS IN INTEREST**:

10. This Consent Decree and Order shall be binding on Plaintiff DERRICK ROSS; Defendant BARBARA HARDCASTLE, as an individual and as trustee for the HARDCASTLE TRUST; defendant HARDCASTLE TRUST; defendant GREG HARDCASTLE as an individual and as president of 21ST CENTURY INVESTMENTS, INC; defendant 21ST CENTURY INVESTMENTS, INC.; and any successors in interest. The parties have a duty to so notify all such successors in interest of the existence and terms of this Consent Decree and Order during the period of the Court's jurisdiction of this Consent Decree and Order.

**MUTUAL RELEASE AND WAIVER OF CIVIL CODE SECTION 1542:**

11. Each of the parties to this Consent Decree understands and agrees that there is a

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

Consent Decree and Order: Case No.
2:06-CV-2748 GEB/GGH          − 5 −

1  risk and possibility that, subsequent to the execution of this Consent Decree, any or all of them
2  will incur, suffer, or experience some further loss or damage with respect to the Lawsuit which
3  are unknown or unanticipated at the time this Consent Decree is signed.  Except for all
4  obligations required in this Consent Decree, the parties intend that this Consent Decree apply to
5  all such further loss with respect to the Lawsuit, except those caused by the parties subsequent
6  to the execution of this Consent Decree. Therefore, except for all obligations required in this
7  Consent Decree, this Consent Decree shall apply to and cover any and all claims, demands,
8  actions and causes of action by the parties to this Consent Decree with respect to the Lawsuit,
9  whether the same are known, unknown or hereafter discovered or ascertained, and the
10 provisions of Section 1542 of the California Civil Code are hereby expressly waived.  Section
11 1542 provides as follows:

> A GENERAL RELEASE DOES NOT EXTEND TO CLAIMS WHICH THE
> CREDITOR DOES NOT KNOW OR SUSPECT TO EXIST IN HIS FAVOR AT THE
> TIME OF EXECUTING THE RELEASE, WHICH IF KNOWN BY HIM MUST
> HAVE MATERIALLY AFFECTED HIS SETTLEMENT WITH THE DEBTOR.

16     12.     Except for all obligations required in this Consent Decree, and exclusive of the
17 referenced continuing claims for statutory attorney fees, litigation expenses and costs, each of
18 the parties to this Consent Decree, on behalf of each, their respective agents, representatives,
19 predecessors, successors, heirs, partners and assigns, releases and forever discharges each other
20 Party and all officers, directors, shareholders, subsidiaries, joint venturers, stockholders,
21 partners, parent companies, employees, agents, attorneys, insurance carriers, heirs,
22 predecessors, and representatives of each other Party, from all claims, demands, actions, and
23 causes of action of whatever kind or nature, presently known or unknown, arising out of or in
24 any way connected with the Lawsuit.

**TERM OF THE CONSENT DECREE AND ORDER**:

27     13.     This Consent Decree and Order shall be in full force and effect for a period of
28 twelve (12) months after the date of entry of this Consent Decree and Order, or until the

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

**Consent Decree and Order: Case No.
2:06-CV-2748 GEB/GGH**     − 6 −     G:\DOCS\GEB\DGEB2\ORDERS FOR SIGNATURE\basketball town consent decree w damages and e-signatures.DOC

1 injunctive relief contemplated by this Order is completed, whichever occurs later.  The Court
2 shall retain jurisdiction of this action to enforce provisions of this Order for twelve (12) months
3 after the date of this Consent Decree, or until the injunctive relief contemplated by this Order is
4 completed, whichever occurs later.

**SEVERABILITY**:

7    14.    If any term of this Consent Decree and Order is determined by any court to be
8 unenforceable, the other terms of this Consent Decree and Order shall nonetheless remain in
9 full force and effect.

**SIGNATORIES BIND PARTIES**:

12    15.    Signatories on the behalf of the parties represent that they are authorized to bind
13 the parties to this Consent Decree and Order.  This Consent Decree and Order may be signed in
14 counterparts and a facsimile signature shall have the same force and effect as an original
15 signature.

Dated: April 14, 2008

       /s/ Derrick Ross
Plaintiff DERRICK ROSS

Dated: April 14, 2008

       /s/ Barbara Hardcastle
Defendant BARBARA HARDCASTLE,
Individually and as Trustee of the HARDCASTLE TRUST

Dated: April 17, 2008

       /s/ Greg Hardcastle
Defendant GREG HARDCASTLE, Individually and as president of 21ST CENTURY INVESTMENTS, INC.

///
///
///

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

**Consent Decree and Order: Case No.
2:06-CV-2748 GEB/GGH**         — 7 —         G:\DOCS\GEB\DGEB2\ORDERS FOR SIGNATURE\basketball town consent decree w damages and e-signatures.DOC

APPROVED AS TO FORM:

Dated: April 30, 2008                    PAUL L. REIN
                                         JULIE A. OSTIL
                                         LAW OFFICES OF PAUL L. REIN


                                         _____/s/ Paul Rein_____
                                         Attorneys for Plaintiff
                                         DERRICK ROSS

Dated: April 18, 2008                    EDWARD E. SIPES
                                         SHAWNA M. KASHAK
                                         CHRISTENSEN EHRET LLP


                                         ____/s/ Shawna Kashak_____
                                         Attorneys for Defendants
                                         BARBARA HARDCASTLE, Individually and as
                                         Trustee for the Hardcastle Trust; HARDCASTLE
                                         TRUST; GREG HARDCASTLE, individually and
                                         as president of 21ST CENTURY INVESTMENTS,
                                         INC.


## **ORDER**

Pursuant to stipulation, **IT IS SO ORDERED**.


Dated July 2, 2008

                                         _____
                                         GARLAND E. BURRELL JR.
                                         U.S. DISTRICT JUDGE

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

**Consent Decree and Order: Case No.
2:06-CV-2748 GEB/GGH**                   — 8 —            G:\DOCS\GEB\DGEB2\ORDERS FOR SIGNATURE\basketball town consent decree w damages and e-sig