```
 1
 2
 3
 4
 5
 6
 7
 8              IN THE UNITED STATES DISTRICT COURT
 9             FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11  DERRICK ROSS,                    )   2:06-cv-2748-GEB-GGH
                                     )
12           Plaintiff,              )   ORDER RE: SETTLEMENT
                                     )   AND DISPOSITION
13       v.                          )
    BASKETBALL TOWN, LLC;            )
14  SACRAMENTO BASKETBALL TOWN,      )
    LLC; BARBARA HARDCASTLE, as an   )
15  Individual and as Trustee for    )
    the Hardcastle Trust;            )
16  HARDCASTLE TRUST; NOTHING BUT    )
    NET, LLC dba BASKETBALL TOWN     )
17  SPORTS and EVENTS; KIM DENNIS;   )
    STEVEN FEICK dba ALDINO'S        )
18  PIZZA,                           )
                                     )
19           Defendants.             )
    _____)
20                                   )
    SACRAMENTO BASKETBALL TOWN,      )
21  LLC and KIM DENNIS,              )
                                     )
22           Cross-Claimants,        )
                                     )
23       v.                          )
                                     )
24  BARBARA HARDCASTLE, as an        )
    Individual and as Trustee for    )
25  the Hardcastle Trust;            )
    HARDCASTLE TRUST; 21st CENTURY   )
26  INVESTMENTS, INC; GREG           )
    HARDCASTLE;                      )
27                                   )
             Cross-Defendants.       )
28  _____)

                                 1
```

1        On July 1, 2008, Plaintiff filed document 95 in which he states "this case [has] been fully settled . . . For these reasons the parties . . . request that the Pretrial Conference scheduled for July 7th be continued to allow the parties to prepare and execute their final settlement documents, followed by the parties filing a Stipulation for Dismissal as to the remaining defendants . . . ." Plaintiff fails to indicate how much of a continuance is sought or when the referenced final documents and stipulated dismissal will be filed. Therefore, these documents shall be filed no later than July 21, 2008. See L.R. 16-160(b) (indicating that dispositional documents shall be filed "not be more than twenty (20) calendar days" from the date on which the Court received settlement notification).

        The final pretrial conference scheduled for July 7, 2008, is reset to commence at 1:30 p.m. on August 18, 2008. Further, a joint pretrial statement shall be filed seven days prior to the final pretrial conference.

        IT IS SO ORDERED.

Dated: July 2, 2008

_____
GARLAND E. BURRELL, JR.
United States District Judge