PAUL L. REIN, Esq. (SBN 43053)
JULIE A. OSTIL, Esq. (SBN 215202)
LAW OFFICES OF PAUL L. REIN
200 Lakeside Dr., Suite A
Oakland, CA 94612
(510) 832-5001

Attorneys for Plaintiff
DERRICK ROSS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

DERRICK ROSS,

Plaintiff,

v.

BASKETBALL TOWN, LLC; BARBARA HARDCASTLE, as an Individual and as Trustee for the Hardcastle Trust; GREG HARDCASTLE, as an Individual and as Trustee for the Hardcastle Trust; 21st CENTURY INVESTMENTS, INC.; KIM DENNIS,

Defendants.

And Related Cross-claims.

/

CASE NO. 2:06-CV-02748-GEB-GGH

Civil Rights

**STIPULATION AND [PROPOSED] ORDER FOR DISSMISSAL WITH PREJUDICE OF CLAIMS AGAINST BASKETBALL TOWN, LLC AND KIM DENNIS ONLY**

IT IS HEREBY STIPULATED by and between Plaintiff DERRICK ROSS and defendants BASKETBALL TOWN, LLC and KIM DENNIS, by and through their respective counsel, that the Court enter an order of dismissal, with prejudice, of all claims as to defendants BASKETBALL TOWN, LLC and KIM DENNIS *ONLY*, with no dismissal as to defendants BARBARA HARDCASTLE, as an Individual and as Trustee for the Hardcastle Trust, and GREG HARDCASTLE, as an Individual and as Trustee for the Hardcastle Trust; 21ST CENTURY INVESTMENTS, INC.

///

///

Dated: June__, 2008

PAUL L. REIN
JULIE A. OSTIL
LAW OFFICES OF PAUL L. REIN

________________________________
Attorneys for Plaintiff
DERRICK ROSS

Dated: June__, 2008

DIPANWITA DEB AMAR
NOAH S. ROSENTHAL
HOWARD RICE NEMEROVSKI CANADY
FALK & RABKIN, A.P.C.

________________________________
Attorneys for Defendants
SACRAMENTO BASKETBALL TOWN, LLC

Dated: June __, 2008

DOMENIC D. SPINELLI
LAPLANTE SPINELLI DONALD & NOTT

________________________________
Attorneys for Defendant
KIM DENNIS

**[PROPOSED] ORDER**

The Court having read and considered the foregoing stipulation,

IT IS HEREBY ORDERED that the above-captioned action be dismissed with prejudice as to defendants BASKETBALL TOWN, LLC and KIM DENNIS *only*; this order does not dismiss any of plaintiff's claims as to defendants BARBARA HARDCASTLE, as an Individual and as Trustee for the Hardcastle Trust, and GREG HARDCASTLE, as an Individual and as Trustee for the Hardcastle Trust; 21ST CENTURY INVESTMENTS, INC.

IT IS SO ORDERED.

Dated: July 22, 2008

Garland E. Burrell Jr.
United States District Judge