LAW OFFICES OF
**PAUL L. REIN**
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

PAUL L. REIN, Esq., (SBN 43053)
JULIE A. OSTIL, Esq., (SBN 215202)
LAW OFFICES OF PAUL L. REIN
200 Lakeside Drive, Suite A
Oakland, CA 94612
Telephone: 510/832-5001
Facsimile: 510/832-4787

Attorneys for Plaintiff
DERRICK ROSS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DERRICK ROSS,<br><br>   Plaintiff,<br><br>v.<br><br>SACRAMENTO BASKETBALL TOWN, LLC; BARBARA HARDCASTLE as an Individual and as Trustee for the Hardcastle Trust; HARDCASTLE TRUST; GREG HARDCASTLE; 21ST CENTURY INVESTMENTS, INC.; KIM DENNIS; STEVEN FEICK dba ALADINO'S PIZZA; and DOES 1-50, Inclusive,<br><br>   Defendants.<br>_____/ | CASE NO. 2:06-CV-02748 GEB<br><u>Civil Rights</u><br><br>**STIPULATION AND ORDER DISMISSING ACTION** |

IT IS HEREBY STIPULATED BY ALL PARTIES THROUGH THEIR COUNSEL OF RECORD AS FOLLOWS:

1. The parties have reached a settlement as to all of plaintiff's claims for injunctive relief, damages, attorney fees, litigation expenses and costs. The agreement as to injunctive relief has been memorialized in a separate "Consent Decree and Order" which was signed by the Court on July 2, 2008. The agreement on damages, attorney fees, litigation expenses and costs is the subject of a separate "Release" agreement previously filed with the Court. Per the terms of the "Release" agreement, payment of damages and attorney fees will be made

STIPULATION FOR DISMISSAL
CASE NO. 2:06-CV-02748 GEB                    -1-            G:\DOCS\GEB\DGEB2\ORDERS FOR SIGNATURE\DISMISSAL.PL.wpd

1  by defendants Barbara Hardcastle, the Hardcastle Trust, Gregory Hardcastle, and
2  21st Century Investments in three payments over the next 90 days.
3         2.     Defendants Sacramento Basketball Town, LLC, and Kim Dennis
4  were previously dismissed by stipulation of the parties and Order of the Court
5  entered on the court docket on July 23, 2008.  All other defendants will be
6  dismissed per this Stipulation.
7         3.     By the terms of the "Consent Decree and Order," the Court has
8  retained continuing jurisdiction to enforce the injunctive relief terms.  The
9  remaining parties hereby stipulate that, subject to the Court's continuing
10 jurisdiction over the "Release" agreement as well as the "Consent Decree and
11 Order," the action shall be dismissed with prejudice.

13 Dated: August __, 2008            LAW OFFICES OF PAUL L. REIN

16                                   _____
                                     PAUL L. REIN
                                     Attorneys for Plaintiff
                                     DERRICK ROSS

18 Dated: August __, 2008            BRIAN R. KATZ, ATTORNEY AT LAW

                                     _____
                                     Attorneys for Defendant
                                     STEVEN FEICK dba ALADINO'S PIZZA

23 Dated: August __, 2008            SHAWNA M. KASHAK
                                     CHRISTENSEN EHRET LLP

                                     _____
                                     Attorneys for Defendants
                                     GREG HARDCASTLE; 21st Century
                                     Investments; BARBARA HARDCASTLE,
                                     Individually and as Trustee for the
                                     Hardcastle Trust; HARDCASTLE TRUST

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

STIPULATION FOR DISMISSAL
CASE NO. 2:06-CV-02748 GEB           -2-      G:\DOCS\GEB\DGEB2\ORDERS FOR SIGNATURE\DISMISSAL.PL.wpd

## **ORDER**

Pursuant to the parties' foregoing stipulation, the above-captioned action is dismissed with prejudice as to all remaining defendants. The Court declines the parties' request for it to retain jurisdiction over the parties' "Release" agreement, which the court has not seen.

IT IS SO ORDERED.

Dated: September 8, 2008

_____
GARLAND E. BURRELL, JR.
United States District Judge

LAW OFFICES OF
**PAUL L. REIN**
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

STIPULATION FOR DISMISSAL
CASE NO. 2:06-CV-02748 GEB          -3-          G:\DOCS\GEB\DGEB2\ORDERS FOR SIGNATURE\DISMISSAL.PL.wpd